Erica Villanueva (State Bar No. 233148)
evillanueva@fbm.com
Jennifer M. Bentley (State Bar No. 329438)
jbentley@fbm.com
Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant
NORTHWEST PIPE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| THE PHOENIX INSURANCE COMPANY, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>NORTHWEST PIPE COMPANY,<br><br>Defendant. | Case No. 2:23-cv-01190-CAS-MAR<br><br>**NOTICE OF CONDITIONAL SETTLEMENT**<br><br>The Hon. Christina A. Snyder |

TO THE ABOVE ENTITLED COURT:

Notice is hereby given that any and all claims against all parties in this action have been conditionally resolved through settlement.  Any trials, hearings, pending motions or arbitration may be stricken from the Court calendar.

Settlement of this insurance coverage action is conditioned upon full and final settlement of the underlying action captioned *San Luis Obispo County Flood Control and Water Conservation District v. A. Teichert & Son, Inc.*, Santa Clara Superior Court case number 21CV380615, which requires approval by local governmental authorities but is expected to be concluded by July 1, 2022, as well as the execution of a formal settlement agreement and mutual release resolving this

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

NOTICE OF CONDITIONAL SETTLEMENT - Case
No. 2:23-cv-01190-CAS-MAR

34242\16100876.1

insurance coverage action. The Parties to this action agree to jointly notify this Court within fourteen (14) calendar days of the dismissal with prejudice of the underlying action and will jointly move for dismissal of this coverage action at such time.

Respectfully submitted this 17th day of April, 2023.

Dated: April 17, 2023                   FARELLA BRAUN + MARTEL LLP

By:   */s/ Erica Villanueva*
      Erica Villanueva
      Jennifer M. Bentley

Attorneys for Defendant
NORTHWEST PIPE COMPANY

Dated: April 17, 2023                   MORALES FIERRO & REEVES

By:   */s/ Laurence Near*
      Ramiro Morales
      William C. Reeves
      Laurence Near

Attorneys for Plaintiff THE PHOENIX INSURANCE COMPANY, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

# ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, whose signatures are indicated by a conformed signature ("/s/"), and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: April 17, 2023                    FARELLA BRAUN + MARTEL LLP


By: _____*/s/ Erica Villanueva*_____
      Erica Villanueva

Attorney for Defendant
NORTHWEST PIPE COMPANY