JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| THE PHOENIX INSURANCE COMPANY, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>      Plaintiffs,<br><br>  vs.<br><br>NORTHWEST PIPE COMPANY,<br><br>      Defendant. | Case No. 2:23-cv-01190-CAS-MARx<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>The Hon. Christina A. Snyder |

Pursuant to the Joint Stipulation of the Parties,

    IT IS SO ORDERED that this action is dismissed with prejudice and without an award of costs or expenses to any party.

Dated: July 11 2023

*Christina A. Snyder*

The Hon. Christina A. Snyder
U.S. District Court Judge